# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SANDRA NANCE and MARCUS NANCE**                                              **PLAINTIFFS**

**VS.**                                **4:15-CV-00384-BRW**

**HUMANE SOCIETY OF PULASKI**
**COUNTY,** *et al.*                                                                          **DEFENDANTS**

## AMENDED JUDGMENT

Based on the September 29, 2015 Order granting Defendants' Motion to Dismiss, this case is DISMISSED. Plaintiffs' Complaint is DISMISSED with prejudice, except for the state-law causes of action, which are dismissed without prejudice.

IT IS SO ORDERED this 30th day of October, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE